IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDMOND P. LAFRANCE,

    Defendant.

Criminal No.16-mj-4028-DHH

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT AND RELATED DOCUMENTS

    The United States of America hereby moves this Court to direct that the Complaint and related documents be unsealed. In support of this motion, the government states that the defendant was arrested on January 28, 2016 and that there is no further reason to keep the indictment secret.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Stephen P. Heymann
Stephen P. Heymann
Assistant U.S. Attorney

Date: January 28, 2016