**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.                                                    Case No. 16-mj-04028-DHH

EDMOND P. LAFRANCE,

      Defendant

**NOTICE OF ATTORNEY APPEARANCE**

      Please enter the appearance of Attorney John J. Commisso as counsel for the Defendant in this matter.

Dated:  February 22, 2016           DEFENDANT EDMOND P. LAFRANCE,
                               By his attorneys,

                               /s/ John J. Commisso
                               Paul V. Kelly (BBO No. 267010)
                               John J. Commisso (BBO No. 647002)
                               Jackson Lewis P.C.
                               75 Park Plaza
                               Boston, MA 02116
                               (617) 367-0025
                               Paul.Kelly@jacksonlewis.com
                               John.Commisso@jacksonlewis.com

**CERTIFICATE OF SERVICE**

      I certify that this document was filed through ECF and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                               /s/ John J. Commisso
                               Jackson Lewis P.C.

4816-4100-5358, v. 1