UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br>)  Criminal No. 16-10090-IT<br>EDMOND P. LAFRANCE, )<br>)<br>Defendant )<br>)<br>)<br>_____) | |

### NOTICE OF INITIAL STATUS CONFERENCE
April 6, 2016

Hennessy, M.J.

    In this case, Defendant is charged in a speaking indictment with two counts of Wire Fraud, in violation of 18 U.S.C. § 1343. Defendant was arraigned on April 5, 2016, and has elected to proceed under the automatic discovery rules. Accordingly:

1. A Joint Memorandum addressing those items set forth in L.R. 116.5(a) shall be filed on or before the close of business on **Friday, May 13, 2016**. Unless the parties inform the court in the Joint Memorandum that there is no need for an initial status conference, such a conference will be held on **Tuesday, May 17, 2016 at 2:00 p.m.**, in Courtroom No. 1 on the Fifth Floor of the Donohue Federal Building, 595 Main Street, Worcester, Massachusetts. If the parties do not inform the court on or before **Friday, May 13, 2016** that there is no need for an initial status conference, then the parties must appear for the initial status conference either in person or by telephone.[1]

2. If counsel feel that there is a need for an initial status conference, then on or before the close of business on **Friday, May 13, 2016**, counsel shall inform my Courtroom clerk, Lisa Belpedio (508.929.9905 or Lisa_Belpedio@mad.uscourts.gov), as to whether they want the status conference conducted in person or by telephone. If they choose to appear by telephone, they shall provide their telephone contact information, which must be a landline telephone.

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43 of the Federal Rules of Criminal Procedure, a defendant in custody will not be transported to court for the Initial Status Conference, absent a showing of exceptional cause on motion, duly filed in advance of the Initial Status Conference. See Fed. R. Crim. P. 43(c)(3).

1

3. <u>ORIGINALS OF ALL MOTIONS, MEMORANDA, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING).  **<u>NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED</u>**</u>.

4. Counsel shall provide an estimate of when they believe this case will be ready to be transferred to District Judge Talwani.

<u>/ s / David H. Hennessy</u>
David H. Hennessy
United States Magistrate Judge