UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No.: 16-cr-10090-IT |
| | : | |
| EDMOND P. LAFRANCE | : | |

## MOTION TO WITHDRAW

Now comes counsel and respectfully moves this Court to allow her to withdraw as counsel for defendant Edmond P. LaFrance in this matter. As grounds for said motion, counsel notes that Attorneys John J. Commisso and Paul V. Kelly have entered their appearances on behalf of the defendant in this matter.

Respectfully submitted,

*/s/ Jessica Thrall*
Jessica Thrall,
B.B.O.: 670412
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 7, 2016.

*/s/ Jessica Thrall*
Jessica Thrall