UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>EDMOND P. LAFRANCE )<br>)<br>Defendant. )<br>) | Criminal No. 16-cr-10090-IT |

## AGREED PROTECTIVE ORDER

The Court hereby **ORDERS** as follows:

1. Materials produced by the government during discovery in this case may be used solely in the defense of the above-captioned matter, and for no other purpose.

2. Defendant Edmond LaFrance shall not disclose any materials produced by the government during discovery in this case to any person except those assisting him and his counsel in the defense of this matter, persons who are interviewed as potential witnesses, potential experts, or Court personnel, and then only during the course of the defense of his case.

3. Defendant Edmond LaFrance shall not copy or reproduce any materials produced by the government during discovery. Counsel may make such copies and reproductions as are necessary to provide copies of the materials for use by an authorized person as described above to prepare or assist in the defense, and all such copies and reproductions will be treated in the same manner as the original matter.

4. When providing materials produced by the government during discovery to an authorized person, counsel providing such materials must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order.

5. Nothing contained in the Protective Order will preclude the defendant from applying to the Court for further relief or for modification of any provision hereof.

Dated: May 25, 2016

BY THE COURT:

*David H. Hennessy* 
David H. Hennessy
United States Magistrate Judge

**AGREED:**

_____
Edmond LaFrance
Defendant

_____
Paul Kelly
John Commisso
Counsel for Defendant Edmond LaFrance

_____
Stephen Heymann
Assistant U.S. Attorney