UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 16-10090-IT |
| EDMOND P. LAFRANCE, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |
| _____ ) | |

## ORDER GRANTING IN PART MOTION TO MODIFY CONDITIONS OF RELEASE

June 28, 2016

Hennessy, M.J.

Defendant Edward P. LaFrance has filed a motion to modify two conditions of his release. See Docket 42. First, Defendant seeks modification, or more accurately clarification, of the condition that permission to travel to Massachusetts includes travel for the purpose of meeting with defense counsel regarding the instant case. The motion represents that the United States has no objection to this clarification or modification that travel to Massachusetts for this purpose is authorized under the release order. To the extent there is any ambiguity or doubt in the language of the order, the motion to modify/clarify that permission to travel to Massachusetts includes travel for the purpose of meeting with defense counsel regarding the instant case is ALLOWED. Defendant is (and has been) permitted to travel to Massachusetts for this purpose.

Secondly, Defendant seeks relief from the prohibition that Defendant make no use of e-mail, the internet, or text-messaging, or have access to any electronic device capable of performing any of these functions. The motion represents that the United States opposes this modification of

the conditions of release.  The motion is taken under advisement and will be determined after both the United States and Pretrial Services have had an opportunity to be heard.

                    <u> / s / David H. Hennessy</u>
                    David H. Hennessy
                    United States Magistrate Judge