UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No.16-cr-10090-IT |
| | * | |
| EDMOND LAFRANCE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER & MODIFICATION OF CONDITIONS OF RELEASE

The court has received the parties' Joint Report on Proposed New Conditions of Release [#61]. The court views the following additional paragraph as consistent with the parties' proposal while addressing their concerns:

> The supervising probation officer should only review or search Defendant's devices, e-mail or text-messaging accounts in Defendant's presence. Upon notice from the supervising probation officer that examination is sought, Defendant shall immediately, and without exception, cease all use of, or access to, e-mail, the internet, and text-messaging until such review or search is conducted.

Absent objection, Section (8)(x)(1) of the Order Setting Conditions of Release of release shall be modified as proposed by the parties and as set forth herein, and the court will deny, without prejudice, Defendant Edmond LaFrance's Motion to Modify Conditions of Release [#42].

Any objection or request for a hearing shall be filed on or before September 16, 2016. IT IS SO ORDERED.

Date: September 9, 2016         /s/ Indira Talwani
                                United States District Court