UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:16-cr-10090-IT |
| | * | |
| EDMOND P. LAFRANCE, | * | |
| | * | |
| Defendant. | * | |

ORDER

October 11, 2016

The United States and defendant Edmond LaFrance have jointly moved that the Court enter an order of excludable delay for the period between October 4, 2016 and August 14, 2017, to enable the defendant and his counsel to review materials produced during discovery, for defense counsel to assess and file potential dispositive motions, and for the defendant to maintain continuity of counsel in light of his current counsel's conflicting trial commitments [#69]. Because the Court finds that such exclusion of time is in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A), the motion is ALLOWED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge