UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:16-cr-10090-IT-1 |
| | * | |
| EDMOND P. LAFRANCE, | * | |
| | * | |
| Defendant. | * | |

PRETRIAL ORDER
October 12, 2016

After An Initial Pretrial Conference held on October 4, 2016, it is hereby ORDERED that:

1. Trial shall commence on **August 14, 2017** at 9:00 a.m.

2. The parties shall by **July 7, 2017** file proposed voir dire questions, proposed jury instructions, any motions in limine with supporting memoranda, and a trial brief. Responses to any motion in limine shall be filed by **July 19, 2017.**

3. Statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in- chief shall be produced by **July 24, 2017.**

4. The government shall by **July 24, 2017:**

    (a) Disclose to the defendant the exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

    (b) Disclose to the defendant a general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

    (c)    Provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness.

    (d)    Provide the defendant with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

5.    The defendant shall by **July 31, 2017:**

    (a)    Provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness.

    (b)    Provide the government with copies of the exhibits and a premarked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

6.    The parties shall by **July 31, 2017** file a written stipulation of any facts that they agree are not in dispute.

7.    A hearing on <u>Motions in Limine</u> shall be held on **August 2, 2017 at 2:30 p.m.**

8. The Final Pretrial Conference shall be held on **August 10, 2017 at 2:30 p.m.**

**NOTE: IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY DESIGNATED DATES.**

Date:  October 12, 2016                              /s/ Indira Talwani
                                                     United States District Judge